# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MICHELLE KOON,**

    Plaintiff,

v.                                                                                            CIVIL ACTION NO.: 3:14-CV-8
                                                                                                 (JUDGE GROH)

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble [ECF 15], filed on September 17, 2014, to which neither party filed objections. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the magistrate judge's proposed findings and recommendation permits the district court to review the recommendation under the standards that the district court believes are appropriate, and, under these circumstances, the parties' right to *de novo* review is waived. See Webb v. Califano, 468 F. Supp. 825 (E.D. Cal. 1979).

Pursuant to Judge Trumble's R&R, as well as 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 6(d), objections were due fourteen days plus three days after entry of the R&R, or Saturday, October 4, 2014. Because the last day was a Saturday, the deadline for objections was Monday, October 6, 2014. Fed. R. Civ. P. 6(a)(1)(C). The R&R specifically stated that objections were to be filed within fourteen days after being

served with a copy. Accordingly, because no objections have been filed, this Court will review the report and recommendation for clear error.

In this matter, Judge Trumble found that the ALJ did not err in relying on the vocational expert's testimony, the ALJ did not violate SSR 00-4p, and substantial evidence supported the ALJ's conclusions.

Upon review of the above, it is the opinion of this Court that the Report and Recommendation should be, and is, hereby **ORDERED ADOPTED**. For the reasons more fully stated in the Report and Recommendation, this Court **DENIES** the Plaintiff's Motion for Summary Judgment and **GRANTS** the Commissioner's Motion for Summary Judgment. Accordingly, this Court **ORDERS** that this matter be **DISMISSED WITH PREJUDICE** and that it be **STRICKEN FROM THE DOCKET OF THIS COURT**. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: October 7, 2014

GINA M. GROH
UNITED STATES DISTRICT JUDGE